THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. LISK, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Lisk* v. *Bd. of Education, New York City*, 143 App. Div. 932, affirmed.
(Submitted October 6, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1911, which dismissed a writ of certiorari

36

and affirmed the proceedings of defendant in dismissing the relator from the position of inspector of fuel in the bureau of supplies of the department of education of the city of New York.

*William Armstrong* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Charles McIntyre* of counsel), for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD. BARTLETT, HISCOCK and CHASE, JJ. Absent : VANN, J.